# **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:19-CV-00055-RP



Plaintiff:
**JERRY D. STROOP AND CHAD CATE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**JANNAH'S REAL ESTATE, LLC, HANI'S TEXAS TIRES 1 INC., HANI'S TEXAS TIRES 2 INC., HANI'S TEXAS TIRES 6-33 INC., AL-WAHBAN TEXAS TIRE, LLC, HANI AL-WAHBAN, MUSTAFA ALWAHBAN AND OMAR ALWAHBAN**

For:
Douglas B. Welmaker
Moreland Verrett, P.C.
doug@morelandlaw.com
2901 Bee Caves Rd, Suite L
Austin, TX 78746-5571

Received by Statewide Civil Process, Inc. on the 25th day of January, 2019 at 4:26 pm to be served on **OMAR AL-WAHBAN, 1225 E. SEMINARY DR, FORT WORTH, TX 76115-2910**.

I, Holly Dione Wicker, being duly sworn, depose and say that on the **28th day of January, 2019 at 7:48 pm**, I:

personally delivered a true copy of the **Summons in a Civil Action with Plaintiff's Original Collective Action Complaint** to **OMAR AL-WAHBAN**, at the defendant's **usual place of abode**, at the address of **1225 E. SEMINARY DR, FORT WORTH, TX 76115-2910** in the county of **Tarrant** with the date of service endorsed thereon by me, and informed said person of the contents therein, in compliance with the Texas Rules of Civil Procedure.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Middle Eastern, Height: N/A, Weight: N/A, Hair: Black, Glasses: N

I am over the age of 18, and am not a party to or interested in the outcome of the above styled and numbered cause. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. I am authorized to serve process in the State of Texas where this case is pending.

Subscribed and Sworn to before me on the 29 day of Jan, 2019.

_____
NOTARY PUBLIC

SUSAN HERNANDEZ
Notary Public, State of Texas
Comm. Expires 11-20-2022
Notary ID 12633377-9

**Holly Dione Wicker**
PSC-9082  EXP 08/31/2020

Statewide Civil Process, Inc.
13279 Pond Springs Road
Suite 2
Austin, TX 78729
(877) 287-1364

Our Job Serial Number: WMC-2019000501
Ref: OMAR AL-WAHBAN
Service Fee: $80.00

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2p



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Jerry D. Stroop<br><br>*Plaintiff(s)*<br>v.<br>Jannah's Real Estate, LLC et al<br><br>*Defendant(s)* | Civil Action No. 1:19-cv-00055 RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant Omar Al-Wahban

1225 E. Seminary Dr., Fort Worth, Texas 76115

or

6902 Blackberry Dr., Arlington, Texas 76016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas B. Welmaker
Moreland Verrett PC
2901 Bee Cave Rd, Box L
Austin, Texas 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Jeannette J. Clack**
*CLERK OF COURT*

Date: January 25, 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00055

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Omar Al-Wahban__
was received by me on *(date)* __01/25/2019 at 4:26 PM__.

☒ I personally served the summons on the individual at *(place)* __1225 E. Seminary Dr__
__Fort Worth TX 76115-2910__                    on *(date)* __01/28/2019 at 7:48 PM__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ __0.00__ for travel and $ __80.00__ for services, for a total of $ __80.00__.

I declare under penalty of perjury that this information is true.

Date: __1-29-19__

_____
*Server's signature*

__Holly Dione Wicker PSC-9082 EXP 08/31/2020__
*Printed name and title*

__13279 Pond Springs Rd, Ste 2, Austin, TX 78729__
*Server's address*

Additional information regarding attempted service, etc: