IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JERRY D. STROOP and CHAD CATE, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-55-RP |
| JANNAH'S REAL ESTATE, LLC, HANI'S TEXAS TIRES 1 INC., HANIE'S TEXAS TIRES 2 INC., HANI'S TEXAS TIRES 6–33 INC., HANI AL-WAHBAN, MUSTAFA AL-WAHBAN, and OMAR AL-WAHBAN, | § § § § § § § | |
| Defendants. | § | |

## **ORDER**

Defendants were served in this action, and moved to dismiss the complaint on February 19, 2019. (Dkt. 6). Plaintiff amended their complaint on March 6, 2019. (Dkt. 7). As a result, the Court mooted the motion to dismiss. Defendants have not responded to Plaintiff's amended complaint, and Plaintiffs have not filed a motion under Federal Rule of Civil Procedure 55. And no proposed scheduling order has been filed. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties to submit a joint proposed scheduling order within 60 days of a defendant's appearance).

Accordingly, Plaintiffs are **ORDERED** to show cause in a written submission to the Court on or before **May 17, 2019**, as to why its claims should not be dismissed for want of prosecution. Failure to do so will result in dismissal of those claims. *See* Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district courts may dismiss cases for want of prosecution or failure to comply with a court order).

**SIGNED** on May 10, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE